# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2025-0812
Lower Tribunal No. 22-DR-005153

———————————————

ELIZABETH ANN FOSTER,

Appellant,

v.

EDWARD ANTHONY KLISZUS, JR.,

Appellee.

———————————————

Appeal from the Circuit Court for Lee County.
John S. Carlin, Judge.

May 12, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and GANNAM, JJ., concur.


Allison M. Perry, of Florida Appeals, P.A., Tampa, and Linda H. Fried, of Fried & Fried, P.A., Fort Myers, for Appellant.

Peter B. Sekulic, of Men's Rights Law Firm, Cape Coral, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED